MICHAEL P. VERNA (CA BAR #84070)
STEVEN P. MCFARLANE (CA BAR #240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California 94596
Telephone: (925) 935-3300
Facsimile: (925) 935-0371
Email: mverna@bowlesverna.com

Attorneys for Plaintiffs Robin Per Bjoroy, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE AIR CRASH OVER THE MID-ATLANTIC ON JUNE 1, 2009<br><br>This document relates to:<br>*Gergelova, et al. v. Airbus, S.A.S., et al.;*<br>Case No. 09-CV-5020 CRB | **MDL CASE NO.: MDL-10-2144 CRB**<br><br>[PROPOSED] **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND ASSIGNED TO MDL 2144**<br><br>Pursuant to Local Rules 3-12 and 7-11 |
| ROBIN PER BJOROY, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>AIRBUS S.A.S.; et al.,<br><br>Defendants. | **CASE NO.: 10-CV-02950-VRW** |

On July 13, 2010, the Plaintiffs in the *Robin Per Bjoroy, et al., v. Airbus S.A.S., et al.,* action filed an "Administrative Motion to Consider Whether Cases Should Be Related and Assigned to MDL 2144," pursuant to Local Rules 3-12 and 7-11 and JPML Procedural Rule 7.5. The Court, having duly considered the papers filed in support of the motion and any opposition that may have been filed, and for good cause shown, hereby GRANTS the Motion.

1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND ASSIGNED TO MDL 2144**

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596

IT IS HEREBY ORDERED that the following cases are deemed related, and shall be consolidated and jointly assigned to the Hon. Charles Breyer, the judge to whom the first-filed case is currently assigned:

1) *Gergelova, et al. v. Airbus, S.A.S., et al.*; Case number CV-09-5020-CRB

2) *Robin Per Bjoroy, et al., v. Airbus, S.A.S., et al.;* Case Number CV-10-2950-VRW.

IT IS FURTHER ORDERED that the *Bjoroy* case is considered a "tag-along action" and is hereby assigned as part of MDL Case Number 10-2144.

IT IS SO ORDERED.

Signed: July 15, 2010

By: _____
Hon. Charles Breyer
United States District Judge



[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND ASSIGNED TO MDL 2144

Bowles & Verna LLP
2121 N. California Blvd
Suite 875
Walnut Creek 94596